## STATEMENT OF FACTS

On July 12, 2016, members of the United States Park Police and the Federal Bureau of Investigation observed defendant Christopher L. Becton operating a vehicle in the 2900 block of 2nd Street, S.E., Washington, D.C.  The defendant is known to have a suspended license. Officers conducted a traffic stop and instructed the defendant to exit the vehicle. The defendant was the only occupant in the vehicle.  Officers placed the defendant under arrest for having a suspended license.  Officers had K-9 conduct a sweep of the vehicle and the dog alerted to the presence of drugs in the automobile.   Officers then searched the automobile and recovered a loaded .45 caliber pistol inside a bag that was on the front seat. Located in the center console was a yellow tablet suspected to be MDMA and in the driver side door was a knotted piece of plastic containing a white rock like substance.  The defendant was transported to the station where he was interviewed and acknowledged that the pistol recovered from the automobile belonged to him.

To the best of the undersigned agent's knowledge, defendant Christopher L. Becton has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the District Court for the District of Columbia, Criminal Case No. 07-CR-131-15 and in the Circuit Court for Prince Georges County in the State of Maryland, Criminal Case No. CT070926X.  Before filing this complaint, the agent reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes.

_____
SPECIAL AGENT RYAN DAVIS
FEDERAL BUREAU OF INVESTIGATION


SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF JULY, 2016.


_____
U.S. MAGISTRATE JUDGE